Certificate Number: 13858-PAM-DE-034910118

Bankruptcy Case Number: 20-01922



13858-PAM-DE-034910118

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 23, 2020, at 12:44 o'clock PM EDT, Clint Chester Stankiewicz completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 23, 2020

By: /s/Iraida Rios

Name: Iraida Rios

Title: Counselor